IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| THE BRASSERIE ON BROUGHTON d/b/a The American,<br><br>         Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>         Defendant. | CIVIL ACTION FILE NO.:<br>1:19-cv-0193 (LAG) |

**NOTICE OF SUBSTITUTION and WITHDRAWAL OF COUNSEL**

COMES NOW, Auto-Owners Insurance Company, Defendant in the above-styled action through the undersigned counsel, and hereby notifies the court that Mark T. Dietrichs of Swift, Currie, McGhee & Hiers, LLC, 1355 Peachtree Street, N.E., Suite 300, Atlanta, GA 30309-3238, shall be substituted for Smita Gautam, of Swift, Currie, McGhee & Hiers, LLC, 1355 Peachtree Street, N.E., Suite 300, Atlanta, GA 30309-3238 as lead counsel for Defendant Auto-Owners Insurance Company.

As of January 5, 2020, Ms. Gautam is no longer employed by Swift Currie McGhee & Hiers.  Defendant's Proposed Discovery and Scheduling Order [Doc.08-1] lists Mark T. Dietrichs as lead counsel for Defendant.  Defendant

wishes to remove Ms. Gautam as counsel on this matter as she is no longer employed by Swift Currie and has relocated to Cleveland, Ohio where she is employed by another law firm. Hannah Beth Reynolds will act as co-Counsel for Defendant.

Substitute counsel's Bar number and contact information is as follows:

Mark T. Dietrichs, Esq.
Georgia State Bar No. 221722
SWIFT CURRIE McGHEE & HIERS, LLP
1355 Peachtree Street NE, Suite 300
Atlanta, Georgia  30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
mark.dietrichs@swiftcurrie.com

Hannah Beth Reynolds, Esq.
Georgia State Bar No. 959703
SWIFT CURRIE McGHEE & HIERS, LLP
1355 Peachtree Street NE, Suite 300
Atlanta, Georgia  30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
hannah.reynolds@swiftcurrie.com

The undersigned respectfully requests that the court adjust its records accordingly.

This 27th day of May, 2020.

**[SIGNATURE FOLLOWS ON NEXT PAGE]**

- 3 -

Respectfully submitted,

**SWIFT, CURRIE, McGHEE & HIERS**

*/s/ Mark Dietrichs*
Mark T. Dietrichs, Esq.
Georgia Bar No. 221722
mark.dietrichs@swiftcurrie.com
Hannah Beth Reynolds, Esq.
Georgia Bar No. 959703
hannah.reynolds@swiftcurrie.com
*Attorneys for Defendant*

The Peachtree – Suite 300
1355 Peachtree Street, NE
Atlanta, GA   30309
OFF:  (404) 874-8800
FAX: (404) 888-6199

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020, I electronically filed the foregoing *Notice of Substitution and Withdrawal of Counsel* with the Clerk of Court via the CM/ECF system, which will send notification to the following counsel:

| | |
|---|---|
| Patrick S. Flynn, Esq. | Patrick McGinnis, Esq. |
| Flynn & Phillips | C. Wilson Law |
| P.O. Box 7 | 455 E. Medical Center Blvd., Suite 555 |
| Albany, GA 31702 | Webster, TX 77598 |
| pflynn@fpplaw.com | pmcginnis@cwilsonlaw.com |

*Attorneys for Plaintiff*

SWIFT, CURRIE, McGHEE & HIERS

*/s/ Mark Dietrichs*
Mark T. Dietrichs, Esq.
Georgia Bar No. 221722
mark.dietrichs@swiftcurrie.com
Hannah Beth Reynolds, Esq.
Georgia Bar No. 959703
hannah.reynolds@swiftcurrie.com
*Attorneys for Defendant*

The Peachtree – Suite 300
1355 Peachtree Street, NE
Atlanta, GA   30309
OFF:  (404) 874-8800
FAX: (404) 888-6199

4839-4986-3100, v. 3